# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA


E-filing

BOARD OF TRUSTEES OF THE SHEET METAL
WORKERS LOCAL 104 HEALTH CARE PLAN,
BOARD OF TRUSTEES OF THE SHEET METAL
WORKERS PENSION TRUST OF NORTHERN
CALIFORNIA, SHEET METAL WORKERS LOCAL
104 VACATION, HOLIDAY SAVINGS PLAN;
ANTHONY ASHER, TRUSTEE,

SUMMONS IN A CIVIL CASE

CASE NUMBER:

V.

BAY AREA BALANCING & CLEANROOMS, INC., a
California corporation

  08    2811

SI

TO: (Name and address of defendant)
Bay Area Balancing & Cleanrooms, Inc.
400 Reed Street, Suite #321
Santa Clara, CA  95050

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (State Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Phone: (415) 392-5431

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JUN 5 2008

Richard W. Wieking                                                                           DATE
CLERK

Helen L. Almacen

(BY) DEPUTY CLERK