```
1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (ST. BAR #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4  Facsimile:  (415) 392-1978

5  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BAY AREA BALANCING & CLEANROOMS, INC., a California corporation., <br><br> Defendant. | NO. C 08 2811 SI <br><br> **JUDGMENT PURSUANT TO STIPULATION** |

It appearing that Plaintiffs BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; ANTHONY ASHER, TRUSTEE, through their attorneys, and defendant, BAY AREA BALANCING & CLEANROOMS, INC., a California corporation, that plaintiffs have entered into a stipulation which provides for judgment against Defendant in the amount of $38,234.56,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL

1  WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; ANTHONY ASHER, TRUSTEE,
2  through their attorneys, have judgment against defendant, BAY AREA BALANCING
3  & CLEANROOMS, INC., a California corporation, in the amount of $38,234.56,
4  which is composed of the following:
5          a.   Contribution balances due and unpaid to Plaintiff Trust
6  Funds for an audit of the period October 1, 2002 to September 30, 2005
7  in the amount of $23,667.16;
8          b.   Liquidated damages due and unpaid to the Plaintiff
9  Trust Funds for the same period in the amount of $4,733.43;
10         c.   Interest due pursuant to contract in the amount of
11 $6,817.25, and testing fees of $2,366.72;
12         d.   Attorneys fees due pursuant to contract in the amount
13 of $300.00; and
14         e.   Costs of suit incurred in this action in the amount of
15 $350.00.
16         IT IS FURTHER ORDERED AND ADJUDGED that an abstract of
17 judgment will be recorded but execution will not issue on the judgment
18 so long as defendant fully complies with the following conditions:
19         1.   Defendant shall make payments of all ongoing amounts
20 to become due to the SHEET METAL WORKERS OF NORTHERN CALIFORNIA TRUST
21 FUNDS pursuant to contract between defendant and Local Union 104 of
22 the Sheet Metal Workers' International Association for hours worked
23 by defendant's employees, commencing with payment for April 2008,
24 hours due on or before May 20, 2008 and continuing until the full
25 amount of this judgment is paid.  Each of said payments will be made
26 by check payable to SHEET METAL WORKERS TRUST FUNDS and sent to the
27 administrator Associated Third Party Administrators, 1640 South Loop
28 Road, Alameda, CA 94502.

JUDGMENT PURSUANT TO STIPULATION                    2

1          2.   Defendant shall pay the amount of the contributions under paragraph (a) in the amount of $23,667.16 in monthly installment payments of $2,000.00.  The first installment is due June 5, 2008 and each subsequent installment shall be paid on the 5th of the month.  Said installment payments will be made by check payable to the SHEET METAL WORKERS TRUST FUNDS and sent to the collection attorney, ERSKINE & TULLEY, 220 Montgomery Street, Suite 303, San Francisco, California 94104, Attention: Michael Carroll.

         3.   Once the above amount of $23,667.16 is paid in full, the Ways & Means Committee for Plaintiff Trust Funds will waive all amounts in paragraphs (b), (c), and (e) if all payments due under paragraphs 1 and 2 were made on time.  If any of these payments were late the Committee will exercise it's discretion and review defendant's eligibility for a reduction of the liquidated damages, interest, attorneys' fees and costs owed as stated in paragraphs (b), (c), (d), and (e) above.  If defendant is not eligible for a complete waiver of the amounts due under paragraphs (b), (c), (d), and (e), defendant shall make payment on the remaining balance of $14,567.40 in as many  additional monthly installments of $2,000.00 as may be required to pay the full amount of the judgment, or such lesser sum agreed to by Plaintiff Trust Funds.  The first payment would be due on June 5, 2009, with payments continuing each month thereafter.

         4.   Plaintiffs and Defendant each understand and agree that any modification of payments must be made in writing and agreed to by both the Plaintiffs and the Defendant.

         IT IS FURTHER ORDERED AND ADJUDGED that upon failure of the Defendant to make any of their monthly contribution payments pursuant to the collective bargaining agreement as set forth in paragraph 1

JUDGMENT PURSUANT TO STIPULATION                3

1  above, and the monthly installment payments in a timely manner as
2  required pursuant to the terms of paragraphs 2 and 3 of this
3  stipulation, execution on the entire judgment in the amount of
4  $38,234.56 reduced by any offsets for payments made, shall issue only
5  after ten (10) days written notice to the Defendant that Plaintiffs
6  or Plaintiffs' attorney declares a default and intends to file a
7  Declaration stating that a default has occurred on the part of the
8  defendant.  Defendant waives notice of any hearing held by the court
9  upon the earlier execution of this judgment or Plaintiffs'
10 declaration.

11 Dated: _____

      *[signature: Susan Illston]*
12                                     Honorable Judge Susan Illston

JUDGMENT PURSUANT TO STIPULATION                    4